**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re ABDULAHAD T. KATTULA,

    Debtor,
_____/

ABDULAHAD T. KATTULA,

    Plaintiff,

v.

K. JIN LIM, Ch. 7 trustee for ABDULAHAD T. KATTULA, KENNETH M. SCHNEIDER, and SCHNEIDER, MILLER & LIM,

    Defendants.
_____/

Case No. 07-CV-10157-DT

Bank. Case No. 97-51164-tjt
96-55212-tjt

Adv. Pro. No. 04-04981-tjt

**ORDER WITHDRAWING REFERENCE AND
SCHEDULING STATUS CONFERENCE**

On January 9, 2007, Bankruptcy Judge Thomas J. Tucker issued a recommendation that the court withdraw the reference in this adversary proceeding pursuant to 28 U.S.C. § 157(d).  Having reviewed the recommendation, the court is persuaded that a withdrawal is warranted.  The bankruptcy court has determined that Plaintiff Abdulahad T. Kattula has a right to a jury trial on his remaining claim, and all of the parties have not consented to allow the bankruptcy judge conduct the jury trial under 28 U.S.C. § 157(e).  This court must therefore conduct the jury trial.  *In re Baker & Getty Financial Services, Inc.,* 954 F.2d 1169, 1173 (6th Cir. 1992).  Accordingly,

    IT IS ORDERED that the reference in this adversary proceeding is WITHDRAWN for the reasons given by the bankruptcy court in its January 9, 2007 recommendation

[Dkt. # 1]. IT IS FURTHER ORDERED that the court will conduct a status conference on **February 6, 2007 at 11:00 a.m.** Counsel should be prepared to discuss the case in general, the scheduling of the final pretrial conference and trial and any other issues of which the court should be made aware prior to trial.

      S/Robert H. Cleland            
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner            
Case Manager and Deputy Clerk
(313) 234-5522